Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:   bheikali@faruqilaw.com

[Additional Attorneys on Signature Page]

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PATTERN ENERGY GROUP INC., ALAN R. BATKIN, MICHAEL MORGAN GARLAND, EDMUND JOHN PHILIP BROWNE, ATRICIA M. NEWSON, MONA K. SUTPHEN, RICHARD A. GOODMAN and DOUGLAS G. HALL,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-8437-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**
**No. 3:19-cv-8437-RS**

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Phillip Krieger ("Plaintiff") voluntarily dismisses his claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 12, 2020

    Respectfully submitted,

    **FARUQI & FARUQI, LLP**

    By:  */s/ Benjamin Heikali*
    Benjamin Heikali, Bar No. 307466
    10866 Wilshire Blvd., Suite 1470
    Los Angeles, CA 90024

**OF COUNSEL:**
    Tel.: (424) 256-2884
    Fax: (424) 256-2885

**FARUQI & FARUQI, LLP**
    Email: bheikali@faruqilaw.com

Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

    *Counsel for Plaintiff*

*Counsel for Plaintiff*